IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 22-CR-165-EFM

JOHNNY LEE SUMMERS,

Defendant.

## VERDICT FORM

We, the jury in the above-empaneled case, unanimously find the defendant, Johnny Lee Summers:

As to Count One, Production of Child Pornography:

Not Guilty ___X___                    Guilty _____

As to Count Two, Production of Child Pornography:

Not Guilty ___X___                    Guilty _____

As to Count Three, Production of Child Pornography:

Not Guilty ___X___                    Guilty _____

As to Count Four, Coercion and Enticement of a Minor:

Not Guilty _____                 Guilty ___X___

As to Count Five, Aggravated Sexual Abuse of a Minor ~~under 12~~ over under 16 in Indian Country:

Not Guilty _____          Guilty ____X_____

As to Count Six, Abusive Sexual Contact with a Minor in Indian Country:

Not Guilty _____          Guilty ____X_____

REDACTED

Signature of Foreperson _

Date 3/23/23