
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
MAR 05 2024
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 22-CR-165-GKF

JOHNNY LEE SUMMERS,

Defendants.

Exhibits

Trial Exhibits 5, 6, 7 and 21

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

/s/ Valeria G. Luster
Valeria G. Luster, OBA No. 32451
Assistant United States Attorney
Northern District of Oklahoma
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
918.382.2700

# ITEM NOT IMAGED

☒ CD/DVD
☐ VHS TAPE
☐ OTHER: _____

The above referenced item has not been imaged and may be available at the Court Clerk's Office.

